*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





February 11, 2015

No. 04-14-00609-CV

IRMA AND MANUEL LEMUS,
Appellants

v.

JOHN RENE AGUILAR, JOHNNY B. WELLS, LAURA ASHLEY WELLS, AND JOHNNY MONTOYA GARZA,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00251
Honorable Gloria Saldana, Judge Presiding

## O R D E R

On February 02, 2015, Appellees John Rene Aguilar, Johnny B. Wells, Laura Ashley Wells, and Johnny Montoya Garza filed a Motion to Be Released from Mediation Order. After reviewing the case, the Motion to Be Released from Mediation Order is granted. Abatement of the appellate deadlines is lifted, and no further action for mediation will be taken.

It is so **ORDERED** on February 11, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk